**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Alicia.Gonzalez@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 645-2862*
*fax: (973) 297-2010*

August 25, 2026

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 8/26/26

**Via Electronic Filing**
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Barrera Vallejo v. Mullin*, No. 26-10775 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 12:06 a.m. on August 24, 2026.

Respondents apologize to the Court and Petitioner for this late release. On August 22, 2026, at 7:22 p.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 2. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner after the 24-hour deadline. We respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All counsel of record (via ECF)